UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETOSKEY INVESTMENT GROUP, LLC,
a Michigan limited liability company,

       Plaintiff,

v.

       Case No. 5:03-CV-14

       HON. DAVID W. McKEAGUE[1]

BEAR CREEK TOWNSHIP,
a Michigan municipal corporation,

       Defendant.
_____/

**ORDER**

In accordance with the Court's Opinion of even date,

**IT IS HEREBY ORDERED** that plaintiff's motion for partial summary judgment is **DENIED** on Counts II, IV and IX.

**IT IS FURTHER ORDERED** that summary judgment is **GRANTED** in favor of defendant on Counts II and IX. Accordingly, Counts II and IX are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that Count IV is **DISMISSED** as it is not ripe for adjudication.

**IT IS FURTHER ORDERED** that defendant's motion for summary judgment is **GRANTED**. Accordingly, plaintiff's remaining claims are hereby **DISMISSED**.

Dated: July 27, 2005

       /s/ David W. McKeague
       DAVID W. McKEAGUE
       UNITED STATES CIRCUIT JUDGE

---

[1] The Hon. David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.